# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-160

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ORDER ) |
| METROMONT CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on James M. Dedman, IV's Application for Admission to Practice *Pro Hac Vice* of John Stephen Berry. It appearing that John Stephen Berry is a member in good standing with the Georgia State Bar and will be appearing with James M. Dedman, IV, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that James M. Dedman, IV's Application for Admission to Practice Pro Hac Vice (#13) of John Stephen Berry

is **GRANTED**, and that John Stephen Berry is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with James M. Dedman, IV.

Signed: August 16, 2017

Dennis L. Howell
United States Magistrate Judge