# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17cv160

| | |
|---|---|
| **ZURICH AMERICAN INSURANCE CO., et al** ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| **HARTFORD FIRE INSURANCE CO., et al** ) | |
|     Defendant. ) | |

Pending before the Court are two motions for *pro hac vice* admission [# 31, & # 32] filed by D.J. O'Brien III counsel for Defendant Hartford Fire Insurance Company.

Upon a review of the motions, it appears that Lee H. Ogburn and William J. Harrington are both members in good standing with the Maryland Bar and both will be appearing with D.J. O'Brien III, a member in good standing with the Bar of this Court. In addition, each attorney has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the Motions [# 31, & # 32]. The Court **ADMITS** Lee H. Ogburn and William J. Harrington to practice *pro hac vice* before the Court while associated with local counsel.

Signed: October 10, 2017

_____
Dennis L. Howell
United States Magistrate Judge