IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17cv160

| ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, | ) ) ) ) ) | |
|---|---|---|
| Plaintiffs, | ) | ORDER |
| v. | ) ) ) | |
| METROMONT CORPORATION, et al., | ) ) | |
| Defendants. | ) ) | |

Pending before the Court are two motions for *pro hac vice* admission [# 43 & # 44] filed by Christopher B. Major, counsel for Defendant Metromont Corporation.

Upon review of the motions, it appears that Thomas H. Coker, Jr., and Andrew Marshall Rawl are members in good standing with the South Carolina Bar and both will be appearing with Christopher B. Major, a member in good standing with the Bar of this Court. Additionally, the applicants has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the Motions [# 43 & # 44]. The Court **ADMITS** Thomas H. Coker, Jr., and Andrew Marshall Rawl to practice *pro hac vice* before the Court while associated with local counsel.

Signed: November 22, 2017

Dennis L. Howell
United States Magistrate Judge